IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD HOLBDY, | : | |
| Plaintiff, | : | 3:14-cv-918 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| ANTHONY BUSSANICH, M.D., | : | |
| et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 27th day of May, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment, (Doc. 18), is **GRANTED**. Judgment is hereby entered in favor of Defendants.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

Robert D. Mariani
United States District Judge